USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
GLENDA LEE MARTES ESTRADA, :
:
                    Plaintiff, :      1:21-cv-00153-GHW
:
       -against- :      <u>ORDER</u>
:
COMMISSIONER OF SOCIAL SECURITY, :
:
                   Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On February 2, 2021, the Court issued an order in which it directed the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 9. As of the date of this order, the Court has not received any response from the parties. The parties are directed to comply with the Court's order by no later than July 21, 2021.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

     SO ORDERED.
Dated: July 8, 2021
New York, New York
                                                GREGORY H. WOODS
                                           United States District Judge