**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Glenda Lee Martes Estrada,

                Plaintiff,

-against-                              21 **CIVIL** 153 (SDA)

                                                                     **<u>JUDGMENT</u>**

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 13, 2022, the Commissioner's motion is DENIED and Plaintiff's cross-motion is GRANTED to the extent that it seeks remand for further administrative proceedings; accordingly, the case is closed.

**Dated:** New York, New York

      August 15, 2022

                                                               **RUBY J. KRAJICK**
                                                                 **Clerk of Court**
                                **BY:**     K. Mango
                                                                  **Deputy Clerk**